## DOBO v. ZONING BD. OF ADJUST. OF WILMINGTON

No. 256A02

Case below: 149 N.C. App. 701

Notice of appeal by petitioners pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 June 2002. Petition by petitioners for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 27 June 2002.

## DUNCAN v. DUNCAN

No. 208P02

Case below: 149 N.C. App. 488

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## HOLLOMAN v. HARRELSON

No. 221P02

Case below: 149 N.C. App. 861

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002. Conditional petition by defendants (Michael A. Stevens, Margaret Mastin Stevens, and Branch Banking and Trust) for discretionary review pursuant to G.S. 7A-31 as to additional issues of the decision of the Court of Appeals dismissed as moot 27 June 2002.

## IN RE BOONE

No. 102P02

Case below: 148 N.C. App. 214

Petition by respondent (Loren Boone) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.